C.M.H.-J., Appellant,

v.

A.W., Respondent.

No. ED 100867

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: December 30, 2014

Susan M. Hais, Julie D. Hixson Lambson, Clayton, MO, for appellant.

Nelson B. Rich, St. Louis, MO, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

PER CURIAM

C.M.H.-J. appeals from the trial court's judgment ordering him to pay $690 per month as and for the support of his three children. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(1).

STATE of Missouri, Respondent,

v.

James MARKS, Appellant.

No. ED 100870

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: December 30, 2014

Gwenda R. Robinson, St. Louis, for appellant.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

## ORDER

PER CURIAM

James Marks appeals the judgment entered upon a jury verdict finding him guilty of second-degree assault, Section 565.060 RSMo., and armed criminal action, Section 571.015 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).